TO: United States Bankruptcy Court, Western District of Washington
    700 Stewart St., room 6301
    Seattle, WA 98101

FROM: Linda Koncicky
    P,O, Box 1043
    Port Angeles, WA 98362

FILED
Western District of Washington
at Seattle

NOV 15 2005

U.S. Bankruptcy Court

RE: Case 05-29091-TTG R. Stuart and Bobbi Phillips

TO the Clerk,

    Linda Koncicky hereto request to be removed from list of creditors of above named debtors Stuarts. Mr. And Mrs. Stuarts have not been in debt with Linda Koncicky and there is not any pending action against them for any debt dischargable under Chapter 7 of Bankruptcy.
    Please. Acknowledge this letter in your response.
Thank You

*[signature: Linda Koncicky]*

Linda Koncicky

In Port Angeles, November 14, 2005