| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE   (425) 458-2121<br>FACSIMILE    (425) 458-2131 | Honorable Judge Thomas T. Glover<br>Chapter 7<br>Hearing Location: Bremerton<br>Hearing Date: April 4, 2006<br>Hearing Time: 9:15 AM<br>Response Date: February 14, 2006 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Randolph Stuart Phillips<br>Bobbi Kay Phillips<br><br>                                                     Debtors. | No.: 05-29091-TTG<br><br>ORDER GRANTING RELIEF FROM STAY<br>To Wells Fargo Bank, N.A. successor by merger<br>to Wells Fargo Home Mortgage, Inc. fka Norwest<br>Mortgage, Inc. |

This matter came before the Court upon Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.'s motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.'s motion and further as to the property located at 9400 Northeast Midway Avenue, Indianola, Washington 98342 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion.

IT IS THEREFORE ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.'s motion. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

Dated this ___ day of _____, 2006.

_____
U.S. Bankruptcy Judge Thomas T. Glover

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**
/s/ James K. Miersma
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131